■ In the Matter of WILLIAM E. McGINN et al., Appellants, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the board of education to reimburse teachers for salary deductions made as the result of a 1975 strike, petitioners appeal from so much of an order and judgment (one paper) of the Supreme Court, Kings County, dated January 20, 1977, as dismissed the proceeding without a hearing. Order and judgment affirmed insofar as appealed from, with $50 costs and disbursements, upon the opinion of Mr. Justice Cone at Special Term. Hopkins, J. P., Margett, Damiani and Rabin, JJ., concur.

■ In the Matter of AVIS REISINGER et al., Appellants, v BOARD OF EDUCATION OF THE YONKERS CITY SCHOOL DISTRICT et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel respondents to (1) accord petitioners their proper seniority credits for purposes of layoffs and (2) reinstate them if teachers with less seniority have been retained, petitioners appeal from a judgment of the Supreme Court, Westchester County, entered July 2, 1976, which dismissed the petition. Judgment affirmed, with $50 costs and disbursements. Petitioners were part-time teachers at their own request. It cannot be said that the failure to grant them credit, for seniority purposes, for such part-time service was illegal, arbitrary or capricious. In view of our determination, we do not reach the question of the applicability of subdivision 1 of section 3813 of the Education Law to the fact pattern here. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.